IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

Melanie Deed

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

**-against-**

KCPD - Child against and
Children DFS
Family court.

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

**Complaint for a Civil Case**

Case No. 21-618-CV-W-GAF
(to be filled in by the Clerk's Office)

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury. [X] Yes [ ] No

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Melanie Dees |
| Street Address | 3222 S. Benton Ave |
| City and County | K.C. MO Jackson |
| State and Zip Code | MO 64128 |
| Telephone Number | 816-977-1885 |
| E-mail Address | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | KCPD Child against Crime |
| Job or Title (if known) | Child against Crime |
| Street Address | Linwood |
| City and County | K.C. MO Jackson |
| State and Zip Code | MO 64 |
| Telephone Number | 816-234-5000 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Child Division |
| Job or Title (if known) | DFS |
| Street Address | 615 E. 13th St |
| City and County | Kansas City MO, Jackson |

Family Court
6216 E. 26th
Kansas City MO

State and Zip Code MO

Telephone Number 816-889-2000

E-mail Address (if known) ____________________

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the designated information for this type of case. *(Check all that apply)*

☒ Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Discrimation - medical condition, many children, housing

☒ Suit against the Federal Government, a federal official, or a federal agency

List the federal officials or federal agencies involved, if any.

KCPD [illegible]
DFS
Family Court

☐ Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

A. The Plaintiff(s)

The plaintiff, *(name)* Melanie Day, is a citizen of the State of *(name)* Missouri.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

B. The Defendant(s)

1. If the defendant is an individual

The defendant, *(name)* KCPD, is a citizen of the State of *(name)* MISSOURI. *Or* is a citizen of *(foreign nation)* ________.

2. If the defendant is a corporation

The defendant, *(name)* DFS, is incorporated under the laws of the State of *(name)* Missouri, and has its principal place of business in the State of *(name)* Missouri. *Or* is incorporated under the laws of *(foreign nation)* ________, and has its principal place of business in *(name)* DFS.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

C. The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

1,000 Million, Bring my Children Back, Fix house, Get my RECORD Clean

## III. Statement of Claim

Write a short and plain statement of FACTS that support your claim. Do not make legal arguments. You must include the following information:

Discrimation my neighbor hood, police, my college degree. nossed

- What happened to you? 2014 - 2020 - The State / KCPD took my husband & my children away, Discrimation of my medical condition, taking death my home, gave me misomeds

- What injuries did you suffer? My kids (them taken away) mental abuse, lose down & my education, cause me a record

- Who was involved in what happened to you? KCPD Child against Crime, Family Service / Family Court

Incont Internet Info my Onen They took my kid away Because of my husband Resource ... took my kids Because of my medical condition, Ruin my education



Case 4:21-cv-00618-GAF Document 1-1 Filed 08/25/21 Page 4 of 6

Put me all over the news / Running Record

- How were the defendants involved in what happened to you? someone called the police they put me in jail, charged me, took my kids

- Where did the events you have described take place? adopted my kids at my house 3322 S. Benton ave KC, MO, 64128 out, taken my kids & no record

- When did the events you have described take place? 2014- 2022 Still happening

If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. I have a medical mental cond

KCPD Child against Crime - Discrimation my neighborhood, my house Didnt do investigation of Put me in jail, Put my kids the state system

DFS - Stating I have a medical problem plus problem - when they a medical mental cond for Elisps

Family Court - adopt my children out, TPR & adopt my children out now because of my disability.

## IV. Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

7,000 Million, my children Back, Get my something off my Record. Fix my house, make sure lost they back all they ask for

Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?

Yes ☒ No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☒ No ☐

Do you claim punitive monetary damages?

Yes ☒ No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

Damages taken my children away for medical reason - 1,000 million for tearing my family apart 1 million dollars

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk' s Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk' s Office may result in the dismissal of my case.

Date of signing: Aug 26th, 2020

Signature of Plaintiff [signature]

Printed Name of Plaintiff Melanie Davis



Case 4:21-cv-00618-GAF Document 1-1 Filed 08/25/21 Page 6 of 6